No. 36, Orig. TEXAS v. LOUISIANA. Motion of the State of Louisiana to enlarge the reference to the Special Master to fix the extension of Louisiana's island boundary into the Gulf of Mexico between Louisiana, Texas, and the United States to the extent of Louisiana's title under the Submerged Lands Act, or other alternative relief, is referred to the Special Master. The Solicitor General is invited to file a brief expressing the views of the United States. In due course, after receipt of the brief of the United States, the Special Master shall submit his report to the Court on the motion. [See 410 U. S. 702.]

No. 64, Orig. NEW HAMPSHIRE v. MAINE. Motion for preliminary injunction denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant the motion conditioned upon the imposition upon all fishermen operating in the disputed area of the more onerous of the conditions presently imposed by either New Hampshire or Maine.

No. 72–955. SPOMER, STATE'S ATTORNEY OF ALEXANDER COUNTY, ILLINOIS v. LITTLETON ET AL. C. A. 7th Cir. [Certiorari granted, 411 U. S. 915.] Motion of the Attorney General of California for leave to participate in oral argument as amicus curiae and for additional time for oral argument denied.

No. 72–1513. SHEA, EXECUTIVE DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF COLORADO, ET AL. v. VIALPANDO. C. A. 10th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.